THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In The Interest
 of Barry W. D., A Minor Under The Age of Seventeen, Appellant.
 
 
 

Appeal From Pickens County
 Alvin D. Johnson, Family Court Judge

Unpublished Opinion No.   2008-UP-476
 Submitted August 1, 2008  Filed August 11,
2008

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, South Carolina
 Commission on Indigent Offense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: The family court adjudicated Barry W. D., a juvenile,
 delinquent on two petitions alleging assault and battery of a high and aggravated
 nature and ordered his commitment for an indeterminate period not to exceed his
 twenty-first birthday.  Barrys appellate counsel filed a brief and attached
 petition to be relieved as counsel pursuant to Anders v. California, 386
 U.S. 738 (1967).  Counsel argues the family court erred by allowing the joinder
 of two petitions in a single trial.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Barrys appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
KONDUROS, J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.